[No. 45966-3-II.   Division Two.   March 17, 2015.]

UNION BANK, NA, *Appellant*, v. SCOTT J. EDWARDS ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-2-10620-1, Katherine M. Stolz, J., entered
February 28, 2014. *Reversed* and *remanded* by unpublished
opinion per Lee, J., concurred in by Bjorgen, A.C.J., and
Sutton, J.

[No. 46077-7-II.   Division Two.   March 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMONT M.
BROUSSARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-1-02973-3, Edmund Murphy, J., entered
March 21, 2014. *Affirmed* by unpublished opinion per Maxa,
J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 31794-3-III.   Division Three.   March 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GENE
MARQUETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 12-1-01138-0, Annette S. Plese, J., entered June
13, 2013. *Affirmed* by unpublished opinion per Fearing, J.,
concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31894-0-III.   Division Three.   March 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEXTER JOHN BUSH,
*Appellant*.

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 12-1-00049-4, Brian P. Altman, J., entered
August 19, 2013. *Affirmed in part* and *reversed in part* by
unpublished opinion per Fearing, J., concurred in by Siddo-
way, C.J., and Lawrence-Berrey, J.